# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138961

RONALD EDWARD ADAMUS,
      Plaintiff-Appellant,

v

        SC: 138961
        COA: 282651
        Jackson CC: 06-002933-NI

DANIEL DALE BIGGER,
      Defendant-Appellee,

and

STATE OF MICHIGAN,
      Defendant.

_____/

On order of the Court, the application for leave to appeal the March 3, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

Clerk

p0831